2 So.2d 319

### John SWEENEY v. STATE.

### 1 Div. 149.

Supreme Court of Alabama.

April 17, 1941.

Rehearing Denied May 22, 1941.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for petitioner.

Bart B. Chamberlain, Jr., of Mobile, for respondent.

BROWN, Justice.

The judgment of the Circuit Court from which the appeal was prosecuted to the Court of Appeals was reversed on the authority of the decision of the Court of Appeals in John Arnold v. State, 2 So.2d 316.

The decision in that case has been examined here on certiorari, and has been affirmed. 2 So.2d 319.

The writ of certiorari in this case is therefore denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.